UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PALMER/KANE LLC,

                Plaintiffs,

      v.                                14 CIV 7805 (TPG)

SCHOLASTIC CORPORATION;            **NOTICE OF MOTION**
SCHOLASTIC INC.,

                Defendants.
------------------------------------- X

PLEASE TAKE NOTICE, that upon this motion, the accompanying Memorandum of Law, and the Declaration of Edward H. Rosenthal, dated November 4, 2014 and the exhibits attached thereto, Defendants Scholastic Corporation and Scholastic Inc. will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint in its entirety with prejudice.

Dated: New York, New York
        November 4, 2014

                                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By: _____
                                   Edward H. Rosenthal
                                   Beth I. Goldman

                                   488 Madison Avenue, 9th Floor
                                   New York, NY 10022
                                   (212) 980-0120
                                   erosenthal@fkks.com
                                   bgoldman@fkks.com

                                   *Attorneys for Defendants*
                                   *Scholastic Corporation and Scholastic Inc.*