IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PALMER/KANE LLC,

        Plaintiff,

-against-

SCHOLASTIC CORPORATION;
SCHOLASTIC INC.,

        Defendants.

----------------------------------------------------------------X

14 Civ. 7805 (TPG)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Scholastic Corporation certifies that Scholastic Corporation is a publicly held corporation. There is no parent corporation and/or any publicly held corporation owning 10% or more of its stock. Defendant Scholastic Inc. is a wholly-owned subsidiary of Scholastic Corporation.

Dated: New York, New York
November 4, 2014

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal
Beth I. Goldman
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel. (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com

*Attorneys for Defendants Scholastic Corporation and Scholastic Inc.*