# Frankfurt Kurnit Klein + Selz PC

**Edward H. Rosenthal**

488 Madison Avenue, New York, New York 10022

T (212) 826 5524    F (347) 438 2114

erosenthal@fkks.com

December 9, 2014

**VIA ECF**

Hon. Thomas P. Griesa, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 26B
New York, New York  10007-1312

> RE: *Palmer/Kane LLC v. Scholastic Corporation et al.*, No. 14 Civ. 7805 (TPG)

Dear Judge Griesa:

Further to Defendants' letter dated November 21, 2014 (Dkt. 15), Defendants filed an answer to Plaintiff's Amended Complaint (Dkt. 19). As Plaintiff's Amended Complaint is limited to claims that accrued after this Court's March 31, 2014 Order in *Palmer/Kane LLC v. Scholastic Corp. and Corbis Corp.*, No. 12 Civ. 3890 (TPG), Defendants have agreed to withdraw their motion to dismiss Plaintiff's Complaint (Dkt. 11).

Thank you for your consideration.

Respectfully submitted,

Edward H. Rosenthal / RS

Edward H. Rosenthal

cc:   All Counsel (via ECF)