# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| PALMER/KANE LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-cv-07805-TPG |
| SCHOLASTIC CORP. and SCHOLASTIC, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Palmer/Kane LLC                                                                          .

Date:  04/06/2015                                                     /s/ Veronica Mullally Munoz
                                                                                    *Attorney's signature*

                                                             VERONICA MULLALLY MUNOZ (MM-9985)
                                                                          *Printed name and bar number*
                                                                        Pearl Cohen Zedek Latzer Baratz LLP
                                                                              1500 Broadway, 12th Floor
                                                                                 New York, NY 10036

                                                                                         *Address*

                                                                              vmunoz@pearlcohen.com
                                                                                    *E-mail address*

                                                                                    (646) 878-0881
                                                                                   *Telephone number*

                                                                                    (646) 878-0801
                                                                                      *FAX number*