Griesa, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PALMER/KANE LLC,
a Vermont Limited Liability Company )
) Case No. 14-cv-7805-TPG
)
Plaintiff, ) Hon. Thomas P. Griesa
)
v. ) AND ORDER
) STIPULATION OF DISMISSAL
SCHOLASTIC CORPORATION, a Delaware ) WITH PREJUDICE
Corporation, and )
SCHOLASTIC, INC., )
a New York corporation, )
)
Defendants.

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the above-captioned action is hereby dismissed with prejudice and without costs or attorneys' fees. A facsimile signature on this Stipulation, or a signature transmitted electronically, shall be considered an original for all purposes, including the filing of this Stipulation. This Stipulation may be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one and the same document.

Dated: May 13, 2016        Respectfully submitted,

PEARL COHEN ZEDEK LATZER BARATZ LLP        FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____        By: _____
Veronica Mullally Muñoz (MM-9985)        Edward H. Rosenthal
Clyde A. Shuman (CS-6351)        Beth I. Goldman
1500 Broadway, 12th Floor        488 Madison Avenue, 10th Floor
New York, NY 10036        New York, New York 10022
Tel: (646)878-0800        Phone: (212) 980-0120
Fax: (646)878-0801        Fax: (212) 593-9175

Attorneys for Plaintiff        Attorneys for Defendants
Palmer/Kane LLC        Scholastic Corp. and
        Scholastic Inc.

SO ORDERED.        _____, U.S.D.J.
        Thomas P. Griesa

        5-13-2016